THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Paul E. Medlin,       
Appellant.
 
 
 

Appeal From Lexington County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2004-UP-227
Submitted January 29, 2004  Filed March 
 30, 2004 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Paul E. Medlin appeals 
 his convictions for first-degree burglary and assault with intent to commit 
 first-degree criminal sexual conduct.  Medlins appellate counsel has petitioned 
 to be relieved as counsel, stating she has reviewed the record and has concluded 
 Medlins appeal is without merit.  The sole issue briefed by counsel contends 
 the circuit court erred in admitting Medlins oral and written statements into 
 evidence at trial.  Medlin did not file a separate pro se brief. 
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams,  305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss this appeal and grant counsels petition 
 to be relieved. [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.